240 February 26, 2025 No. 152

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JONATHON JAY SANCHEZ,
aka Jonathan Jay Sanchez,
*Defendant-Appellant.*

Multnomah County Circuit Court
21CN06042, 21CR61847, 22CR23508, 23CR34067;
A182494 (Control), A182495, A182496, A182497

Amy M. Baggio, Judge.

Submitted January 10, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Matthew Blythe, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

In this consolidated case, defendant appeals two judgments of conviction and two probation violation judgments. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not include a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In Case No. 22CR23508, defendant pleaded guilty to possession of a stolen vehicle. The trial court sentenced defendant to 22 months in prison under ORS 137.717 and 23 months of post-prison supervision (PPS). In Case No. 23CR34067, defendant pleaded guilty to assault in the fourth degree and felon in possession of a firearm (FIP). For the assault conviction, the trial court sentenced defendant to a straight time sentence of 364 days in jail. For the FIP conviction, the trial court imposed a concurrent sentence of 24 months in prison with 24 months of PPS.

With respect to defendant's probation violations, in Case No. 21CN06042, after defendant admitted to two counts of violating a restraining order, defendant was placed on probation. When defendant violated the terms of his probation, the trial court revoked probation and sentenced him to two terms of six months in jail.  In Case No. 21CR61847, after defendant pleaded guilty to strangulation constituting domestic violence, defendant was also placed on probation. When defendant violated the terms of his probation, the trial court revoked probation and sentenced defendant to 14 months in prison and 24 months of PPS. The trial court ordered that the sentences in each of the four cases should run concurrently.

Having reviewed the record, including the trial court file in each of the four cases, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).